IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Sherry Elias | ) Bk. Case No. 07-11596BLS |
| | ) |
| | ) |
| Debtor. | ) Chapter 13 |

**TRUSTEE'S APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT AND DISALLOW BALANCE OF CLAIM AS ABANDONED(Claim # 3)**

Michael B. Joseph, Esquire Chapter 13 Trustee ("Trustee") of the within estate, respectfully applies to this Honorable Court for an Order under 11 U.S.C. Section 347 as follows:

1. On November 9, 2007, DRCash ("Claimant") filed a claim in this case in the amount of $587.50 being Claim No. 3 on the Court's Claim Register. The address listed is: 991 South Main Street, Logan, UT 84321-5918.Previously the Trustee has attempted to issue a dividend for this claim such disbursement checks have not been negotiated by the creditor. Accordingly, the Trustee has voided the checks.

3. The dividends to date total $16.59, and represent unclaimed funds for which the Trustee requests permission to pay into the Court.

4. Moreover, it appears that the creditor has abandoned this claim and the balance should be disallowed.

WHEREFORE, it is respectfully requested that this Court grant permission to the Court to pay said unclaimed funds in the total amount of $16.59 into the Court for the benefit of the referenced claimant and the balance of the claim be deemed abandoned and disallowed.

Date: February 2, 2010

S/Michael B. Joseph  
Michael B. Joseph, Trustee  
824 Market Street, Suite 1002  
P.O. Box 1350  
Wilmington, Delaware 19899-1350  
302-656-0123  
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Sherry Elias | )Bk. Case No. 07-11596BLS |
| | ) |
| | )Chapter 13 |

**ORDER TO PAY UNCLAIMED FUNDS INTO COURT**
**AND DISALLOW BALANCE OF CLAIM AS ABANDONED(#3)**

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $16.59 to the Clerk, United States Bankruptcy Court for the District of Delaware, and

**IT IS FURTHER ORDERED**, that the balance of claim #3 is deemed abandoned and disallowed.

_____
United States Bankruptcy Judge

Dated this        day of          2010.

ATTORNEY'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Esquire, Chapter 13 Trustee, do hereby certify that on February 2, 2010 I caused a copy of the within motion to be served on the following:

**UNITED STATES MAIL, POSTAGE PAID**

Doreen H. Becker, Esquire
Holfeld & Becker
1217 King Street
Wilmington, DE 19801
Attorney for Debtor

Sherry Elias
80 Mercer Drive
Brookside
Newark, DE 19713
Debtor(s)

DRCash
991 South Main Street
Logan, UT 84321-5918
Creditor

                                        S/Michael B. Joseph
                                        Michael B. Joseph, Trustee

**Hearing Date: March 22, 2010**
Response Deadline: March 3, 2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Sherry Elias | ) Bk. Case No. 07-11596BLS |
| | ) |
| | ) |
| | ) Chapter 13 |

### NOTICE OF HEARING

**NOTICE IS GIVEN** that a hearing on the Chapter 13 Trustee's Motion to Pay Unclaimed Funds to Court the within Debtor's case is scheduled for **Monday, March 22, 2010 @ 9:00 A.M.** in the United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Conference Room, Wilmington, Delaware.

**RESPONSES,** if any, must be in writing and filed in the Clerk's Office, United States Bankruptcy Court, District of Delaware, 824 Market Street, 5th Floor, Wilmington, DE 19801, and served upon the Chapter 13 Trustee, 824 Market Street, Suite 1002, P.O. Box 1350, Wilmington, Delaware 19899-1350 on or before **March 3, 2010.**

**IF A RESPONSE IS NOT TIMELY FILED AND SERVED, THE MOTION WILL BE APPROVED WITHOUT FURTHER HEARING.**

                                                              <u>S/Michael B. Joseph</u>
                                                              Michael B. Joseph, Esquire
                                                              824 Market Street, Ste. 1002
                                                              P.O. Box 1350
                                                               Wilmington, Delaware 19899
                                                               Chapter 13 Trustee

Date: February 2, 2010